# EXHIBIT 2



# CyberTipline Report 123883484

Priority Level: E
(Report submitted by a registered Electronic Service Provider)

Received by NCMEC on 05-03-2022 07:46:59 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Total Uploaded Files:** 3

| Summary of ESP Reported Files | |
|---|---|
| Total Uploaded Files | 3 |
| Viewed by ESP | 0 |
| Publicly Available | 1 |
| ESP Reporter Annotations | |
| Viral | 2 |
| ESP Reporter Industry Classification | |
| B1 | 1 |
| B2 | 1 |

| Summary of NCMEC File Categorizations | |
|---|---|
| Content Categorizations | |
| Apparent Child Pornography | 2 |

Not all files will have categorizations and some might have multiple categorizations.

**Incident Type:** Apparent Child Pornography (Unconfirmed)
Files Not Reviewed by NCMEC, Hash Match

NCMEC Incident Type is based on NCMEC's review of the information or uploaded files in this report **OR** a "Hash Match" of one or more uploaded files.

The National Center for Missing & Exploited Children (NCMEC) is a private, non-profit 501(c)(3) organization created in 1984 by child advocates to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further NCMEC's mission to reduce child sexual exploitation and prevent future victimization, NCMEC operates the CyberTipline. NCMEC makes information submitted to the CyberTipline by members of the public and Electronic Service Providers available to law enforcement and uses this information to identify online trends endangering children that can be addressed in child safety and prevention messaging. NCMEC offers its programs and services pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted to the CyberTipline.



CyberTipline Report 123883484 | i

## Contents

**Section A: Reported Information** — 1

- Reporting Electronic Service Provider (ESP) — 1
- Incident Information — 1
- Webpage/URL — 1
- Suspect — 1
- Additional Information Submitted by the Reporting ESP — 3
- Uploaded File Information — 3–5

**Section B: Automated Information Added by NCMEC Systems** — 6

- Explanation of Automated Information (in alphabetical order) — 6
- Further Information on Uploaded Files — 6
- Uploaded File Information — 6
- IP Geo-Lookup (Suspect) — 7
- IP Geo-Lookup (Uploaded Files) — 7
- Auto Close — 7
- Deconfliction — 7

**Section C: Additional Information Provided by NCMEC** — 8

- NCMEC Note #1 — 8
- Uploaded File Information — 8

**Section D: Law Enforcement Contact Information** — 10

- Federal Bureau of Investigation — 10

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

## Reporting Electronic Service Provider (ESP)

**Submitter:**
Facebook

Business Address:
1601 Willow Road
Menlo Park, CA 94025 United States

**Point of Contact for Law Enforcement:**
https://www.facebook.com/records

## Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 04-30-2022 05:25:15 UTC

## Webpage/URL

**URL:** https://www.facebook.com/

## Suspect

**Name:**
**Date of Birth:**
**Approximate Age:** 37
**Email Address:** [redacted]if@[redacted] (Verified)
**Screen/User Name:** telzeiny1
**ESP User ID:** 1405988294
**Profile URL:** https://www.facebook.com/telzeiny1
**IP Address:** 73.91.13.184 (Login)
04-30-2022 05:17:39 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:28:09 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:27:33 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:17:39 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:16:11 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:16:08 UTC
**IP Address:** 73.91.13.184 (Other)
04-30-2022 05:16:01 UTC

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 2

| | |
|---|---|
| **IP Address:** | 73.91.13.184 (Other)<br>04-30-2022 05:14:23 UTC |
| **IP Address:** | 73.91.13.184 (Other)<br>04-30-2022 05:14:18 UTC |
| **IP Address:** | 73.91.13.184 (Other)<br>04-30-2022 05:14:00 UTC |
| **IP Address:** | 2001:ee0:7502:55d0:e5b6:175b:6a0:a21 (Other)<br>04-30-2022 05:10:16 UTC |
| **Estimated Location:** | Huntington Park, California, US at 05-03-2022 07:46:55 UTC (Not Verified) |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.





CyberTipline Report 123883484 | 3

**Additional Information:**

PasswordChangeEvent
Ip: 73.91.13.184
Timestamp: 2022-04-29T22:14:18-07:00
PasswordResetEvent
Ip: 73.91.13.184
Timestamp: 2022-04-29T22:14:00-07:00
PasswordResetEvent
Ip: 2001:ee0:7502:55d0:e5b6:175b:6a0:a21
Timestamp: 2022-04-29T22:10:16-07:00
PasswordChangeEvent
Ip: 2604:1d40:2010:e270:8caf:6a9f:7271:6bb3
Timestamp: 2022-03-05T10:55:24-08:00
PasswordResetEvent
Ip: 2604:1d40:2010:e270:d482:c09:13dd:18a3
Timestamp: 2022-03-05T10:53:35-08:00
PasswordChangeEvent
Ip: 192.16.115.72
Timestamp: 2022-02-10T14:05:30-08:00
PasswordResetEvent
Ip: 192.16.115.72
Timestamp: 2022-02-10T14:02:10-08:00
PasswordResetEvent
Ip: 166.181.80.44
Timestamp: 2022-02-09T14:24:46-08:00
EmailConfirmEvent
Ip: 73.91.13.184
Timestamp: 2022-04-29T22:16:01-07:00
DeviceAddedEvent
Timestamp: 2022-04-29T22:14:24-07:00
DeviceAddedEvent
Timestamp: 2022-03-05T10:57:06-08:00
DeviceAddedEvent
Timestamp: 2021-10-06T17:17:55-07:00
DeviceAddedEvent
Timestamp: 2021-08-04T11:55:20-07:00
DeviceAddedEvent
Timestamp: 2021-05-10T16:18:12-07:00
DeviceAddedEvent
Timestamp: 2021-02-04T14:50:03-08:00
DeviceAddedEvent
Timestamp: 2020-12-06T11:20:36-08:00
DeviceAddedEvent
Timestamp: 2020-08-22T06:45:47-07:00
DeviceAddedEvent
Timestamp: 2020-06-11T18:22:46-07:00
DeviceAddedEvent
Timestamp: 2020-05-23T11:13:04-07:00
DeviceAddedEvent
Timestamp: 2019-08-10T17:20:59-07:00
DeviceAddedEvent
Timestamp: 2019-01-31T21:12:32-08:00
DeviceAddedEvent
Timestamp: 2019-01-31T21:12:32-08:00
DeviceAddedEvent
Timestamp: 2018-12-27T11:48:25-08:00
DeviceAddedEvent
Timestamp: 2018-08-27T07:31:18-07:00
DeviceAddedEvent
Timestamp: 2018-07-31T20:07:53-07:00
DeviceAddedEvent
Timestamp: 2018-06-29T05:02:48-07:00

### Additional Information Submitted by the Reporting ESP

Sent in product: Facebook

### Uploaded File Information

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 4

**Number of uploaded files:** 3

### Uploaded File Information

**Filename:** ILyAyB5CBgkDDr8v279262126_10228191232551787_382450091380776293_n.jpg
**MD5:** 4375eb8466b9a2f4b1ae3e50058f5d27
**Did Reporting ESP view entire contents of uploaded file?** No
**Were entire contents of uploaded file publicly available?** (Information Not Provided by Company)
**Reported File Tags:** Viral
**Image Categorization by ESP:** B2
(See Section B for further explanation)
**Original Binary Hash of File (pdna):**



**Additional Information:**
Info from file:
Sent in product: Facebook
We have annotated this file as viral because it has been uploaded many times in a short period of time. The exact time period and number of uploads qualifying content as viral is subject to change.
File's unique ESP Identifier: 10228191232831794
Uploaded April 30, 2022 at 05:25:11 UTC

This same file was uploaded several times. Other uploaded file information is as follows:
fileName: 279448844_10228191233631814_8610171991555011032_n.jpg
fileViewedByEsp: 0
fileRelevance: Reported
ipCaptureEvent:
ipAddress: 73.91.13.184
eventName: Upload
dateTime: 2022-04-29T22:25:12-07:00

Info from file:
Sent in product: Facebook
File's unique ESP Identifier: 10228191233951822
Uploaded April 30, 2022 at 05:25:12 UTC

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 73.91.13.184 () | Upload | 04-30-2022 05:25:11 UTC |

### Uploaded File Information

**Filename:** abYVLI4Zm3RVWoaZ279506015_10228191238391933_5625790474465228760_n.jpg
**MD5:** 9b29b26acf9b80e4bd57b59137b68cb8
**Did Reporting ESP view entire contents of uploaded file?** No
**Were entire contents of uploaded file publicly available?** (Information Not Provided by Company)

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 5

| | |
|---|---|
| **Reported File Tags:** | Viral |
| **Image Categorization by ESP:** (See Section B for further explanation) | B1 |
| **Original Binary Hash of File (pdna):** | [redacted] |
| **Additional Information:** | Info from file: Sent in product: Facebook We have annotated this file as viral because it has been uploaded many times in a short period of time. The exact time period and number of uploads qualifying content as viral is subject to change. File's unique ESP Identifier: 10228191238791943 Uploaded April 30, 2022 at 05:25:15 UTC |

**Source Information:**

| Type | Value | Event | Date/Time |
|---|---|---|---|
| IP Address | 73.91.13.184 () | Upload | 04-30-2022 05:25:15 UTC |

### Uploaded File Information

| | |
|---|---|
| **Filename:** | HizZTlramwTD9Dth273439039_10227750661937797_8957249647981568627_n.jpg |
| **MD5:** | 482c3819cd25e29523a3fda0b2c7cf2f |
| **Did Reporting ESP view entire contents of uploaded file?** | (Information Not Provided by Company) |
| **Were entire contents of uploaded file publicly available?** | Yes |
| **Additional Information:** | This is the profile picture for the account 1405988294 |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 6

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

**Date PDF Generated:** 11-29-2022 22:18:57 UTC

### Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a reporting party voluntarily reports an IP address and/or phone number, NCMEC Systems will geographically resolve the IP address and/or phone number via publicly-available online queries. The results of the lookups are displayed below.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on identifiers voluntarily provided by the reporting party.

### Further Information on Uploaded Files

**Number of uploaded files in each categorization category:**

B1: 1
B2: 1

The following categorization system was created by various ESPs in January 2014:

|   | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

### Uploaded File Information

**File Tag(s):** Automated file categorization is based on NCMEC's review of uploaded files in this report **OR** a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.



CyberTipline Report 123883484 | 7

## Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| ILyAyB5CBgkDDr8v279262126_10228191232551787_3824500 91380776293_n.jpg | 4375eb8466b9a2f4b1ae3e50058f5d27 | Apparent Child Pornography |
| abYVLl4Zm3RVWoaZ279506015_10228191238391933_562579 0474465228760_n.jpg | 9b29b26acf9b80e4bd57b59137b68cb8 | Apparent Child Pornography |

### IP Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2001:ee0:7502:55d0:e5b6:175b:6a0:a21 | VN | HN | Hanoi | | | | 21.0313/ 105.8516 | VNPT/ VNPT |
| 73.91.13.184 | US | FL | Lake Wales | Tampa-St. Petersburg (Sarasota) | 33859 | | 27.8774/ -81.6221 | Comcast Cable/ Comcast Cable |

### IP Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 73.91.13.184 | US | FL | Lake Wales | Tampa-St. Petersburg (Sarasota) | 33859 | | 27.8774/ -81.6221 | Comcast Cable/ Comcast Cable |

### Auto Close

Date: 05-04-2022 15:59:16 UTC
This report contains a file or files marked as Viral by the reporting ESP.

### Deconfliction

Date: 11-29-2022 22:18:57 UTC
NCMEC systems will perform automated queries on selected reported identifiers from Section A and provide a list of possibly related results at the time a PDF of this report was generated. Please be aware that automated deconfliction queries were not conducted for identifiers not listed below.

At this time, the below reported information **does not** appear to match to information seen in additional CyberTipline reports.

| This Report 123883484 | Additional Report ID(s) |
|---|---|
| **Suspect** | |
| ESP User ID 1405988294 | No match results returned from system |
| Email honnenmomenif@hotmail.com | No match results returned from system |

**This concludes Section B**

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

DISC-00246



CyberTipline Report 123883484 | 8

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

**Date PDF Generated:** 11-29-2022 22:18:57 UTC

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification\*:** | Apparent Child Pornography (Unconfirmed)<br>Files Not Reviewed by NCMEC, Hash Match |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 05-04-2022 15:59:16 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |

\*NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

ECD-CSM 11-29-2022 22:17:31 UTC

Per the request received from Zachary Sykes with the FBI (zjsykes@fbi.gov / 609-383-6361) a copy of this report has been made available to Zachary Sykes as it may be related to a current investigation.

## Uploaded File Information

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP or noted in Section B of the report.

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| ILyAyB5CBgkDDr8v279262126_10228191232551787_382450091380776293_n.jpg | 4375eb8466b9a2f4b1ae3e50058f5d27 |
| abYVLI4Zm3RVWoaZ279506015_10228191238391933_5625790474465228760_n.jpg | 9b29b26acf9b80e4bd57b59137b68cb8 |

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP.

### Files Not Viewed by NCMEC:

| Filename | MD5 |
|---|---|
| HizZTlramwTD9Dth273439039_10227750661937797_8957249647981568627_n.jpg | 482c3819cd25e29523a3fda0b2c7cf2f |

**This concludes Section C**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 123883484 | 9

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

DISC-00248



CyberTipline Report 123883484 | 10

# Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Federal Bureau of Investigation**

Investigator:

    Assigned Officer: Zachary Sykes
    Phone Number: 609-383-6361
    Email Address: zjsykes@fbi.gov

Time/Date was made available: 11-29-2022 22:16:00 UTC

This concludes Section D

This concludes CyberTipline Report 123883484

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.