# EXHIBIT 6



Logout

Information entered into this form will be made available to law enforcement for potential review and investigation.
**To submit information on missing children call 1-800-THE-LOST.**

All mandatory fields are designated by ✱. All other fields are voluntary and are supplied at the discretion of the Reporting ESP.

## Reporting ESP: ▇▇▇▇▇▇▇▇

### Reporter Information

**Address**

**City**

**State**

**Zip/Postal Code**

**Country**

☐ Update Reporting Address?

**First Name** ✱

**Last Name** ✱

**Email Address** ✱

**Phone Number**

### Company Contact for Law Enforcement

**First Name**

**Last Name**

**Email Address**

**Phone Number**

☐ Update Contact Information?

**URL for Law Enforcement Requests**

**Provide Information Regarding Serving Legal Process on Your Company**

**Terms of Service Relevant to Reported Incident**

## Incident

**Incident Date** ✱

**Incident Time**

**Incident Timezone** ✱

**Description of Incident Date/Time**



| First Name | | Last Name | |
|---|---|---|---|
| First Name | | Last Name | |
| **City** | **State** | | **Country** |
| City | | | |
| **Email Address** | | **Phone Number** | |
| Email Address | | Phone Number | |
| **ESP Product/Service** | **Screen/User Name** | | **Display Name** |
| ESP Product/Service | Screen/User Name | | Display Name |
| **ESP Identifier** | | **Group Identifier** | |
| ESP Identifier | | Group Identifier | |
| **Profile URL** | | | |
| Profile URL | | | |

| Estimated Location | **Country** | **Region** | **City** |
|---|---|---|---|
| | | Region | City |
| | ☐ Verified | | |
| | **Date Estimated** | **Time Estimated** | **Timezone Estimated** |
| | Date Estimated | Time Estimated | |

| ☐ Account Temporarily Disabled | **Date Temporarily Disabled** | **Time Temporarily Disabled** | **Timezone Temporarily Disabled** |
|---|---|---|---|
| | Date Temporarily Disabled | Time Temporarily Disabled | |
| | **Date Re-enabled** | **Time Re-enabled** | **Timezone Re-enabled** |
| | Date Re-enabled | Time Re-enabled | |

| ☐ Account Permanently Disabled | **Date Permanently Disabled** | **Time Permanently Disabled** | **Timezone Permanently Disabled** |
|---|---|---|---|
| | Date Permanently Disabled | Time Permanently Disabled | |

| IP Capture | **IP Address** | **Port** | **Type** | ☐ Possible Proxy |
|---|---|---|---|---|
| | IP Address | Port | | |
| | **Date Captured** | **Time Captured** | **Timezone Captured** | |
| | Date Captured | Time Captured | | |

**Prior CyberTipline Reports** ➕

Report ID 🗑

⊕ Add Intended Recipient

## Child Victims

### Child Victim 1

| First Name | Last Name |
|---|---|

**First Name**

**Last Name**

**City**

**State**

**Country**

**Email Address**

**Phone Number**

**ESP Product/Service**

**Screen/User Name**

**Display Name**

**ESP Identifier**

**School Name**

**Profile URL**

**Estimated Location**

- **Country**
- **Region**
- **City**

☐ Verified

- **Date Estimated**
- **Time Estimated**
- **Timezone Estimated**

**IP Capture**

- **IP Address**
- **Port**
- **Type**
- ☐ Possible Proxy
- **Date Captured**
- **Time Captured**
- **Timezone Captured**

**Prior CyberTipline Reports** +

Report ID 🗑

⊕ Add Child Victim

## Have You Reported this Incident to Law Enforcement?

**Agency Name**

**Case Number**

**City**

**State**

**Officer First Name**

**Officer Last Name**

**Email Address**

**Phone Number**

☐ Has a U.S. Law Enforcement Agency served legal process regarding this Incident?

☐ Has a non-U.S. Law Enforcement Agency served legal process regarding this Incident?

## Additional Information

## File Upload

**Industry Classification (Optional):**
The following categorization system was created by various ESPs in January 2014 and updated in June 2022. If used, populate with ESP-designated categorization scale (A1, A2, B1, or B2).

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any imagery depicting sexual intercourse (including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction of the above that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any imagery depicting the lascivious exhibition of the anus, genitals, or pubic area of any person, where a minor is engaging in the lascivious exhibition or being used in connection with sexually explicit conduct, which may include but is not limited to imagery where the focal point is on the child's anus, genitals, or pubic area and where the depiction is intended or designed to elicit a sexual response in the viewer. |

### File 1

**File** — Choose File
**Industry Classification**

**Original Filename**
**Original MD5 File Hash**

☐ **File Viewed By Company** (circled)   ☐ EXIF Viewed By Company   ☐ Publicly Available   ☐ Potential Meme

**URL where File was Posted**

**IP Capture**
- **IP Address**
- **Port**
- **Type**   ☐ Possible Proxy
- **Date Captured**
- **Time Captured**
- **Timezone Captured**

**Additional Information/Context**

### File 2

**File** — Choose File
**Industry Classification**

**Original Filename**

**Original MD5 File Hash**

☐ File Viewed By Company   ☐ EXIF Viewed By Company   ☐ Publicly Available   ☐ Potential Meme

**URL where File was Posted**

**IP Capture**

**IP Address**   **Port**   **Type**   ☐ Possible Proxy

**Date Captured**   **Time Captured**   **Timezone Captured**

**Additional Information/Context**

### File 3

**File**   **Industry Classification**

**Original Filename**   **Original MD5 File Hash**

☐ File Viewed By Company   ☐ EXIF Viewed By Company   ☐ Publicly Available   ☐ Potential Meme

**URL where File was Posted**

**IP Capture**

**IP Address**   **Port**   **Type**   ☐ Possible Proxy

**Date Captured**   **Time Captured**   **Timezone Captured**

**Additional Information/Context**

⊕ Add File

Submit Report